UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

3: 26 - CV - 1040

COMPLAINT

JURY DEMAND

TATIANA WILLIAMS

_____
                Plaintiff

-v-

ASKGO e-bike storefront and GWEIT e-bike storefront
_____
Defendants

COMPLAINT FOR FALSE ADVERTISEMENT

I. Jurisdiction and Venue

1. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, specifically Lanham Act and the injury stems from a defective product regulated by the federal trade commission.

2. This court is a proper venue under 28 USC § 1391 because most of the facts occurred in this district.

II. Parties

3. Plaintiff, Tatiana Williams is a citizen of the United States of America.

4. Defendant, ASKGO E-bike is a corporation with its principal place of business in Wuxi City, Jiangsu Province.

5. Defendant, GWEIT E-bike also known as Shenzhen Lilei Electric Technology Co., Ltd., a corporation with its principal place of business in Shenzhen City, Guangdong Province.

III. Statement of Facts

6. On or about March 6, 2026, Plaintiff was subject to misleading and false advertisement of the product purchased.

7. Plaintiff wanted a product able to go 65 miles in range on a single charge as advertised.

8. Plaintiff received a product manufactured by Defendant ASKGO e-bike and sold by Defendant GWEIT e-bike, the product did not go anywhere near the 65 mile distance even with the pedal assist.

9. Plaintiff planned to utilize the product to get to work and the falsely advertised product put Plaintiff at risk of being late jeopardizing the professional reputation and discouraging further reputational backing.

10. The product, ebike also began to break. For example, the pedals stopped working and got stuck in position while Plaintiff was in motion leading to Plaintiff not believing the product was safe to be sold.

11. Defendant GWEIT e-bike advertisement additionally added to the false claim stated regarding the product.

12. Defendant ASKGO e-bike advertisement mislead Plaintiff into purchasing the product believing it would be a safe and reliable means for transportation.

13. Defendants released a product that was unsafe to be sold, a product with defects thus, put the Plaintiff's life at risk.

14. Plaintiff then had to stress about finding another means of safe transportation after relying on such advertisement regarding the product that ended up having defects.

IV. Cause(s) of Action

Count I – Under section 43 (a) of the Lanham Act; False Advertisement

15. Plaintiff incorporates all preceding paragraphs.

16. Plaintiff desired a product that went 65 miles in range per charge therefore, relying on the advertisement in making purchase decision.

17. Defendants contributed to actions that constitute a violation of the Lanham Act.

18. As a result, Plaintiff suffered loss of wages, emotional distress, and damage to Plaintiff's business reputation.

Count II – Product Liability Law (T.C.A. § 29-28)

19. Plaintiff incorporates all preceding paragraphs.

20. Plaintiff desired a safe means for transportation.

21. Defendants contributed to actions that constitute a violation of the product liability law.

22. As a result, Plaintiff suffered loss of wages, emotional distress, physical distress, and damage to Plaintiff's business reputation.

Count III – Negligence; Breach of Duty of Care

23. Plaintiff incorporates all preceding paragraphs.

24. Plaintiff was sold an unsafe misleading advertised product that broke while in motion use.

25. Defendants contributed to actions that constitute a violation of negligence and in that the Defendants breached the duty of care to the Plaintiff.

26. As a result, Plaintiff suffered loss of wages, emotional distress, physical distress, and damage to Plaintiff's business reputation.

3

## V. Damages

Plaintiff seeks compensatory damages, treble damages, punitive damages as allowed by law, and any other relief the Court deems just and proper.

## VI. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Enter judgment in Plaintiff's favor;

b. Award damages as stated above;

c. Grant injunctive relief if applicable;

d. Award costs and reasonable attorney's fees; and

e. Provide any further relief deemed appropriate.

Respectfully Submitted,

_____          Date  __7/23/26__

Tatiana Williams, Plaintiff

P.O. Box 291271,
Nashville, TN 37229

(760)626-9719

Tatiana.will22@gmail com

Pro Se Plaintiff

Verification

I, Tatiana Williams, declare as follows:

1. I am a Plaintiff in the present case.

2. I have personal knowledge of the events in the foregoing complaint.

3. I verify under penalty of perjury that the factual statements in this complaint are true.

Executed on this 22nd day of July, 2026

Tatiana Williams, Plaintiff